Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia [▼]

Case: 1:25–cv–01046
Assigned To : Unassigned
Assign. Date : 4/7/2025
Description: Pro Se Gen. Civ. (F–DECK)

*Noha Olha*

)
)
)
)
)

Ca

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

-v-

)
)
)
)
)
)
)

*Union Station Washinghton DC.*

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | *Noha Olha* |
| Street Address | *8936 Edgewood dr* |
| City and County | *GAithersburg* |
| State and Zip Code | *MD  20877* |
| Telephone Number | |
| E-mail Address | *ARTOLGAA @ gmail.com* |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

RECEIVED

APR - 7 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                            Union Station D.C.

    Job or Title *(if known)*     Female Security Guard

    Street Address            50 Massachusetts Ave NE

    City and County          Washinghton DC.

    State and Zip Code       20877

    Telephone Number       (202)-289-1908

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
         The plaintiff, *(name)*  Olha Nohe          , is a citizen of the
         State of *(name)*  Maryland          .

   b.    If the plaintiff is a corporation
         The plaintiff, *(name)*          , is incorporated
         under the laws of the State of *(name)*          ,
         and has its principal place of business in the State of *(name)*
         .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
         The defendant, *(name)*  Union Station D.C.          , is a citizen of
         the State of *(name)*  Washinghton D.C.          . Or is a citizen of
         *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        yes

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I ARRived at Union Station on November 25 at 10.00 because on November 26 at 3.30. Am in the morning I had a bus. WAShinghton DC to BAltimor.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

This is a great humiliation, phisical abuse and moral harrasment by the guards of Union Station Also abuse of offices Position, not understanding where and in what institution a person works.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    04. 07. 2025

Signature of Plaintiff

Printed Name of Plaintiff    Olha Noha

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

I have no Internet and my phone is stolen. At this time, the guard girl grabbed me by the sleeve and began to push me out, tore my sleeve. And she inflicted bodily harm. I stood and told her to call the police, she said that this was the police, she said that this was the private territory of Union Station I would no stay in her country and she would kick me out of the country. At that time the Cashier told me to get out and look for a ticket online because he had enough education to kick me out of the Bus Station. I kept asking if they would call the police.

The security guard girl pushed me out of the middle of the ticket office and onto the ticket office and onto the street where buses are parked. And she began to wring her hands with another female body guard and took me out of the bus station, threw away my things, took off my handcuffs and told me not to enter without a ticket I asked her if i could come in the morning, she said that i would not enter the territory of the private property of Union Station for 5 years.

After they handcuffed and kicked out I went out, took my things and went to the metro, the metro was closed, I saw a police car and asked if i could make a report, the policeman refused, justified by the fact that they do not work there. A few days later, i found a police station and made a report. A few days later, I wrote to the administration and did not receive a response, then I wrote a letter about what happened and send a copy of the ticket and

2.

I cam to the waiting Room and began to connect the my computer to the internet the connection was poor and constantly interrupted. After a while, two security guards men came up to me and began to ask me for a ticket. I said that I had a bus ticket, but the signal was bad. They say okay you can stay and left.

After a while, a new security guard girl come up to me, she did not have a uniform and badge with her name and position. She began to aggressively demand a ticket, I say that unfortunately the Internet is bad and I am trying to connect to the Internet. I asked if she knew the best access point, let her tell me, I would show her the ticket right away. Later, I said, let him wait, i'll go ask the cashier to find my name in the system. To which she aggressively replied that there was no time and there was no internet and i needed to leave Union Station immediately. I asked if she was serious, because it is not normal, i did not have time to print and there is no Internet. She began to aggressively attack me and began to eat and threaten. I asked her to go to the cashier, because i have to be in Baltimore in the morning. We came to the ticket office and it became even more aggressive when i started asking the cashier for a bus ticket, he (man) told me to search the internet because i did not pay for his services. I say that this is not normal, because he works with the company, and if i have problems, he has access to information, and

1

send by mail, no one answered me.
And no one answered my emails either.
Later, two weeks later, I came
to Union Station. No one wanted to
show me the administration office,
I went to the security guards office
provided them with all the information
and asked if anyone would contact me
to resolve this situation. But unfortu-
nately, after 4 months, i did not receive
a single response from union Station,
neither from the administration or
from the security organization. I
applied for the video from camera
surveillance, but i did not receive
anything. This is a great humiliation,
physical abuse and moral forging
on the part of the security guards
of Union Station. Also, abuse of
official position. not understanding
where and in what institution a per-
son works.

3